UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KAREN ELSTEIN                                                    JURY TRIAL DEMANDED

v.                                                                              CASE NO.  3:05CV

A&S COLLECTION ASSOCIATES, INC.

<u>COMPLAINT</u>

1.  Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692; the Connecticut Creditor Collection Practices Act, Conn. Gen. Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2.  The Court has jurisdiction. l5 U.S.C. § 1692k; 28 U.S.C. §133l, § 1367.

3.  Plaintiff is a natural person who resides in Connecticut.

4.  Plaintiff is a consumer within the FDCPA.

5.  Defendant is a debt collector within the FDCPA.

6.  Defendant communicated with plaintiff in an effort to obtain payment of towing and storage charges for Lang's Auto on a vehicle plaintiff did not own.

7.   Defendant engaged in collection efforts and communicated with plaintiff or others on or after one year before the date of this action, in connection with collection efforts with regard to the disputed personal charges.

8.  Defendant's attached letter does not contain the notices required by 15  U.S.C. § §1692e(11) or –g. or the parallel requirements of state law.

FIRST COUNT

9.   In the collection efforts,  defendant violated the FDCPA, *inter alia*, § 1692e, -f, or -g.

SECOND COUNT

10.  Within three years prior to the date of this action Defendant engaged in acts and practices as

to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*, or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

11.  Defendant committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication against each defendant;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

                                        THE PLAINTIFF


                                        BY__/s/ Joanne S. Faulkner__
                                        JOANNE S. FAULKNER ct04137
                                        123 AVON STREET
                                        NEW HAVEN, CT 06511-2422
                                        (203) 772-0395
                                        j.faulkner@snet.net

2