UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2005 OCT -5 P 12: 51

KAREN ELSTEIN

v.                                        CASE NO. 3:05CV 536 (WWE)

U.S. DISTRICT COURT
BRIDGEPORT, CONN

A&S COLLECTION ASSOCIATES, INC.          October 5, 2005

### NOTICE OF DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff hereby dismisses the within action without costs or fees to any party.

THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner_____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT  06511-2422
(203) 772-0395


This is to certify that a copy of the foregoing was mailed on October 4, 2005, postage prepaid, to:

Ronald Saldi Jr or Carla Bellavance
A&S Collection Associates, Inc.
2847 Vermont Rte 14
Williamstown VT 05679-9308

_____/s/ Joanne S. Faulkner
Joanne S. Faulkner Esq.